# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

146111

In re HUGHES, Minors.

SC: 146111
COA: 309415
Van Buren CC Family Division:
08-016181-NA

_____/

On order of the Court, the application for leave to appeal the October 16, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2012

_____
Clerk

s1211